UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Lowery Wilkinson Lowery, LLC

v.

State of Illinois

Case No. 25-7043

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

State of Illinois
_____
[Party or Parties][1]

_____

Appellee_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Alex Hemmer
_____     _____
Name of Counsel                         Name of Counsel

/s/ Alex Hemmer
_____     _____
Signature of Counsel                    Signature of Counsel

115 S. LaSalle St., Chicago, IL 60603 | (312) 814-5526
_____     _____
Mailing Address and Telephone Number    Mailing Address and Telephone Number

alex.hemmer@ilag.gov
_____     _____
E-Mail Address                          E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

6/3/2025
Date

/s/ Alex Hemmer
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

*Lowery Wilkinson Lowery, LLC v. Illinois*, No. 25-7043
Certificate of Interested Parties

The following attorneys not entering an appearance in this court appeared for a party in prior trial proceedings:

    **Michael Thomas Dierkes**
    Office of the Illinois Attorney General
    115 S. LaSalle St.
    Chicago, IL 60603
    312-814-3672
    michael.dierkes@ilag.gov

    **Marci Lynn Sahinoglu**
    Office of the Illinois Attorney General
    115 S. LaSalle St.
    Chicago, IL 60603
    312-636-5595
    marci.sahinoglu@ilag.gov

    **Lexie P. Norwood**
    Office of the Oklahoma Attorney General
    313 NE 21st St
    Oklahoma City, OK 73105
    405-521-3921
    lexie.norwood@oag.ok.gov

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____6/3/2025_____ I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]

6/3/2025_____
Date

/s/ Alex Hemmer
_____
Signature

3