# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

In re: LOWERY WILKINSON LOWERY, LLC; MARGARET J. LOWERY; RONALD D. WILKINSON,

        Plaintiff,

Case No. 25-7043

v.

Case No. 24-6155

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA AND STATE OF ILLINOIS, ET AL,

        Defendant.

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _____St. Clair County, Illinois_____
[Party Name(s)]

certifies[1] as follows:

☐    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

    St. Clair County provides this Disclosure Statement to comply this this Court's directive (Docket Entry #1) but does not consent to the propriety of this appeal or waive any of its positions previously asserted by doing so. The County has been dismissed from the underlying case, Dkt 151, has meritorious Rule 12 motions pending, Dkt 109 and there is no basis for an interlocutory appeal at this time pursuant to 28 USC § 1292.

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

June 11, 2025
Date

s/William S. Leach
Signature

# CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                 [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

June 11, 2025
Date

s/William S. Leach
Signature