UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| In re: LOWERY WILKINSON LOWERY, LLC; MARGARET J. LOWERY; RONALD D. WILKINSON,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA AND STATE OF ILLINOIS, ET AL,<br><br>     Defendant. | Case No. 25-7043 |

**INSTRUCTIONS:** WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

  In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

<u>St. Clair County, Illinois</u>
[Party or Parties]

<u>    Appellee/Respondent    </u> in the subject case(s).
[Appellant/Petitioner or Appellee/Respondent]

  St. Clair County provides this Entry of Appearance to comply this this Court's directive (Docket Entry #1) but does not consent to the propriety of this appeal or waive any of its positions previously asserted by doing so. The County has been dismissed from the underlying case, Dkt 151, has meritorious Rule 12 motions

1

**A-5** Entry of Appearance Form 10/09

pending, Dkt 109 and there is no basis for an interlocutory appeal at this time pursuant to 28 USC § 1292.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✓ There are no such parties, or any such parties have already been disclosed to the court.

William S. Leach
Name of Counsel

*s/William S. Leach*
Signature of Counsel
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Williams Tower II
2 W. 2nd Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: (918) 587-0000
Facsimile: (918) 599-9317
Mailing Address and Telephone Number

Bill.Leach@mcafeetaft.com
E-Mail Address

I hereby certify that all other parties to this litigation are represented by attorneys and a copy of this Entry of Appearance and Certificate of Interested Parties was served on June 11, 2025 via electronic filing using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Ronald D. Wilkinson
Lowery Wilkinson Lowery, LLC
505 N. Main Street, Suite 123
Muskogee, OK 74401
Tele: 918-361-9652
RonW@lowerywilkinsonlowery.com

                                        *s/William S. Leach*
                                        William S. Leach

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

In re: LOWERY WILKINSON LOWERY, LLC; MARGARET J. LOWERY; RONALD D. WILKINSON,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA AND STATE OF ILLINOIS, ET AL,

    Defendant.

Case No. 25-7043

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)