UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

June 12, 2025

Margaret J. Lowery
Ronald David Wilkinson
Lowery Wilkinson Lowery
505 North Main Street, Suite 335
Muskogee, OK 74401

RE:   25-7043, Lowery Wilkinson Lowery, et al v. State of Illinois, et al
        Dist/Ag docket: 6:25-CV-00022-RAW

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect(s):

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Appellants' docketing statement has not been timely filed. *See* 10th Cir. R. 3.4.

You have not filed a 26.1 Disclosure Statement. You must file a 26.1 Disclosure Statement even if there is no information to disclose. *See* Fed. R. App. P. 26.1 and 10th Cir. R. 26.1(A).

You have not filed a copy of a transcript order or a statement of why a transcript was not ordered. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.2(B)(1).

Please correct the stated deficiency(ies) within three days {seven if the party is pro se} of the date of this notice. Please note that if the document(s) is/are not filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:	Michael Thomas Dierkes
	Alex Hemmer
	William S. Leach
	Lexie P. Norwood


CMW/art