# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| LOWERY WILKINSON LOWERY, LLC, et al., | Case No: 25-7043 |
| Appellants, | |
| v. | Eastern OK Case No: 25-CV-22 RAW |
| STATE OF ILLINOIS/ARDC et al., | Prior Writ#25-7040 |
| Appellees. | |

### RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 10th Cir. R. 26.1, Plaintiffs-Appellants Lowery Wilkinson Lowery, LLC, Margaret J. Lowery, and Ronald D. Wilkinson submit the following disclosure statement:

1. **Corporate Entity**:

o **Lowery Wilkinson Lowery, LLC** is a limited liability company organized under the laws of Oklahoma. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interests. The LLC is wholly owned by Margaret J. Lowery and Ronald D. Wilkinson, who are also individual appellants in this case.

2. **Individual Appellants**:

o **Margaret J. Lowery** is an individual plaintiff-appellant and a member of Lowery Wilkinson Lowery, LLC, with no additional corporate affiliations relevant to this appeal.

o **Ronald D. Wilkinson** is an individual plaintiff-appellant and a member of Lowery Wilkinson Lowery, LLC, with no additional corporate affiliations relevant to this appeal.

3. **Interested Parties and Attorneys**:

- No additional entities or individuals have a financial or legal interest in the outcome of this appeal beyond those already identified as parties, Lowery Wilkinson Lowery, LLC; Margaret J. Lowery; Ronald D. Wilkinson and their counsel (Ronald D. Wilkinson).
- Attorneys who appeared in the underlying case (Case No. 24-CV-00105-RAW, E.D. Okla.) but are not entering an appearance in this appeal: Margaret J. Lowery.
- No other interested parties or attorneys require disclosure under 10th Cir. R. 26.1(D).

Respectfully submitted, /s/ Ronald D. Wilkinson Ronald D. Wilkinson Lowery Wilkinson Lowery, LLC 505 N. Main Street, Suite 123 Muskogee, OK 74401 Telephone: (918) 361-9652 Email: RonW@lowerywilkinsonlowery.com Counsel for Plaintiffs-Appellants

Dated: June 13, 2025

Respectfully submitted,

LOWERY WILKINSON LOWERY, LLC

/s/Ronald D. Wilkinson
Ronald D. Wilkinson, OBA#15157
505 North Main Street, Suite 123
Muskogee, OK 74401
(918) 361-9652, (918) 513-2204
RonW@lowerywilkinsonlowery.com

**Certificate of Service**

I certify that on June 13, 2025, a true and correct copy of the foregoing Objection to Entry of Appearance was served via the Court's ECF System to all ECF registrants

/s/ Ronald D. Wilkinson Ronald D. Wilkinson