# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| **LOWERY WILKINSON LOWERY, LLC, et al.,** <br><br> **Appellants,** <br><br> v. <br><br> **STATE OF ILLINOIS/ARDC et al.,** <br><br> **Appellees.** | Case No: 25-7043 <br><br> Eastern OK Case No: 25-CV-22 RAW <br><br> Prior Writ#25-7040 |

## DOCKETING STATEMENT

Pursuant to **10th Cir. R. 3.4**, Plaintiffs-Appellants Lowery Wilkinson Lowery, LLC, Margaret J. Lowery, and Ronald D. Wilkinson submit this Docketing Statement:

1. **Timeliness of Appeal**:

    a. The district court's interlocutory orders, including denial of injunctive relief, imposition of Rule 11 sanctions, and refusal of ADA accommodations (Dkt. 101, 04/17/2025; Dkt. 134, 05/12/2025; Dkt. 155, 05/22/2025), were entered on May 21, 2025 (Case No. 6:25-cv-00022-RAW, E.D. Okla.). The notice of appeal was filed on May 27, 2025 (Dkt. 160, 05/27/2025), within 30 days, per **Fed. R. App. P. 4(a)(1)(A)**.

2. **Jurisdiction**:

    a. **District Court**: Jurisdiction was under **28 U.S.C. § 1331** for federal claims under the **ADA** (**42 U.S.C. § 12132**), due process (**U.S. Const. amend. V, XIV**), and retaliation (**42 U.S.C. § 12203**).

1

b. **Tenth Circuit**: Jurisdiction exists under **28 U.S.C. § 1292(a)(1)** for an interlocutory appeal of the denial of injunctive relief, improper sanctions, and ADA violations (Dkt. 101, 134, 151, 155).

3. **Issues on Appeal**:

    a. Whether the district court violated **Reed v. Illinois**, 739 F.3d 753 (7th Cir. 2014), by denying a forum to Plaintiff-Appellant Margaret J. Lowery, a disabled lawyer with pancreatic insufficiency and sepsis (Ex. #186, pp. 2–4; Dr. Van Affidavit, pp. 2–5), under the ADA (**42 U.S.C. § 12132**) by refusing accommodations (Dkt. 120, 04/29/2025; Dkt. 126, 05/08/2025; Dkt. 134, 05/12/2025).

    b. Whether the district court's imposition of **Rule 11 sanctions** (Dkt. 101, 04/17/2025) before determining jurisdiction and by barring Plainitff's from hearing violated due process and the ADA, targeting a disabled lawyer unable to participate due to medical incapacity (Declaration of Paul J. Evans, Doc. [TBD], ¶¶13–15).

    c. Whether the district court's **refusal to grant ADA accommodations** (Dkt. 134, 05/12/2025) and **threats to counsel** with U.S. Marshal collection for exhibit delivery (Dkt. 125, 05/08/2025) constitute ADA violations and judicial misconduct, exacerbating denial of a forum.

    d. Whether the district court's failure to require **Illinois** to provide a hearing or determine Ms. Lowery's **non-membership status** with the Illinois Bar,

post-retirement on June 30, 2023 (Ex. #12, p. 17), violated due process and ADA rights (Dkt. 115, 04/25/2025; Evans Decl., ¶¶20–21).

  e. Whether the district court's actions, including denial of appeal rights and forum access, constitute **retaliation** for protected ADA advocacy (Dkt. 115, 04/25/2025; Evans Decl., ¶¶20–28).

4. **Status of Case**:

  a. The underlying case is **stayed** pending appeal (Dkt. 81, 04/01/2025, 5-29-2025 Docket Sheet ED.pdf, p. 9). No final judgment has been entered.

  b. Related proceedings include an **ARDC disciplinary action** (Commission No. 2023PR00060, Illinois) and a federal lawsuit against **X Corp.** (W.D. Tex.).

  c. St. Clair County was dismissed without prejudice after the Court's stay made service impossible and Leach and SCC refused Rule 4 waiver of service. (See attached letters and email)

5. **Record Status**:

  a. Transcripts of the May 20 & 21, 2025 hearing are required, as the appeal concerns legal issues which occurred in the hearings that plaintiffs were excluded from, and the district court denied a transcript fee waiver (Dkt. 159, 06/10/2025, Order Denying Transcript.pdf, pp. 1–2). The preliminary record was filed on May 28, 2025 (Dkt. 1).

          Respectfully submitted,

          LOWERY WILKINSON LOWERY, LLC

/s/Ronald D. Wilkinson
Ronald D. Wilkinson, OBA#15157
505 North Main Street, Suite 123
Muskogee, OK 74401
(918) 361-9652, (918) 513-2204
RonW@lowerywilkinsonlowery.com

**Certificate of Service**

I certify that on June 13, 2025, a true and correct copy of the foregoing Objection to Entry of Appearance was served via the Court's ECF System to all ECF registrants

/s/ Ronald D. Wilkinson Ronald D. Wilkinson