| | |
|---|---|
| **LOWERY WILKINSON LOWERY, LLC, et al.,**<br><br>Appellants,<br><br>v.<br><br>**STATE OF ILLINOIS/ARDC et al.,**<br><br>Appellees. | Case No: 25-7043<br><br>Eastern OK Case No: 25-CV-22 RAW<br><br>Prior Writ#25-7040 |

## ENTRY OF APPEARANCE

I, Ronald David Wilkinson, enter my appearance as counsel for Appellants Lowery Wilkinson Lowery, LLC, Margaret J. Lowery, and Ronald David Wilkinson. I am admitted to the bar of the Tenth Circuit and registered as a CM/ECF filer.

**Contact Information**:
Ronald David Wilkinson, OBA #15157
Lowery Wilkinson Lowery, LLC
505 North Main Street, Suite 335
Muskogee, OK 74401
Phone: (918) 361-9652, (918) 513-2204
Email: RonW@lowerywilkinsonlowery.com

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to 10th Cir. R. 46.1, the following entities have an interest in this appeal:

- **Appellants**: Lowery Wilkinson Lowery, LLC; Margaret J. Lowery; Ronald David Wilkinson

- **Appellees**: State of Illinois; Illinois Supreme Court; Illinois Attorney Registration and Disciplinary Commission (ARDC); Lea S. Gutierrez; Rachel C. Miller; Peter Rotskoff; Jose Lopez; Martha Ferdinand; Elizabeth Delheimer; Joy Cunningham; Amy Grant; Synopsis, Inc.

- **Other**: X Corp (potential discovery source); Sara Chowdhury (Illinois Comptroller Attorney, referenced in ARDC proceedings)

Date: June 12, 2025

LOWERY WILKINSON LOWERY, LLC

/s/Ronald D. Wilkinson
Ronald D. Wilkinson, OBA#15157
505 North Main Street, Suite 123
Muskogee, OK 74401
(918) 361-9652, (918) 513-2204
RonW@lowerywilkinsonlowery.com

**Certificate of Service**

I certify that this Entry of Appearance was filed via CM/ECF on June 12, 2025, serving counsel of record: Benjamin L. Boroughf (ARDCeService@iardc.org), Michael Thomas Dierkes, Alex Hemmer, William S. Leach, and Lexie P. Norwood.

/s/ Ronald David Wilkinson