# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| LOWERY WILKINSON LOWERY, LLC, et al., <br><br> Appellants, <br><br> v. <br><br> STATE OF ILLINOIS/ARDC et al., <br><br> Appellees. | Case No: [To be assigned] <br><br> Eastern OK Case No: 25-CV-22 RAW <br><br> Prior Writ#25-7040 |

## MOTION FOR ADDITIONAL TIME

Lowery Wilkinson Lowery, LLC, Margaret J. Lowery, and Ronald D. Wilkinson are Plaintiffs-Appellants in Case No. 6:25-cv-00022-RAW. The Court set a deadline of June 27, 2025 for the brief. Since that time a bonafide exculpatory witness has come forward from St. Clair County who has conveyed case ending information. The matter is now with the US Attorney's Office and the DOJ/FBI.

As a result of the receipt of that information, a Petition for Supervisory Order was filed with the Illinois Supreme Court to address these events. Counsel does not want to burden this Court with a brief, if the Illinois Supreme Court is going to address the issues. The filing was made today with the Court and the matter has been properly referred to state and federal prosecutors along with the FBI public corruption unit. In light of the recent events counsel suggest either a Monday June 30th or a July 3rd deadline. Ms. Lowery has been on the telephone with the Illinois Supreme Court who has accepted the matter for filing, but we do not know yet whether they will be assuming jurisdiction to review the matter.

Additionally, the stress of the above events caused an acute pancreatic attack for Ms. Lowery. She needs a day off to address her medical issues, please. Opposing counsel was contacted by email in accordance with the local rules. No response was received. Mr. Leach was not contacted because he is not a proper party to these proceedings and the corruption is about his client so it would not be appropriate.

Respectfully submitted,

LOWERY WILKINSON LOWERY, LLC

/s/ Ronald D. Wilkinson
Ronald D. Wilkinson, OBA #15157
505 North Main Street, Suite 123
Muskogee, OK 74401
(918) 361-9652, (918) 513-2204
RonW@lowerywilkinsonlowery.com

**Certificate of Service:**

I certify that on May 25, 2025, I served this pleading on all parties via email & via ECF.

**Exhibits:**
Petition Filing